

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00173-CR

Uzziel **MUNOZ-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

# O R D E R

We **order** the Bexar County Clerk, **Lucy Adame-Clark**, to file by **June 7, 2021** a supplemental record containing the trial court's order appointing appellate counsel and the trial court's certification of defendant's right of appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court